IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOROUGH OF NEW BRIGHTON : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. 08-CV-01550-GLL |
| : | |
| v. : | |
| : | |
| NORFOLK SOUTHERN : | |
| CORPORATION and : | |
| NORFOLK SOUTHERN : | JURY TRIAL DEMANDED |
| RAILWAY COMPANY : | |
| : | |
| Defendants. : | |

## STIUPLATION AND ORDER OF DISMSSAL WITH PREJUDICE

WHEREAS, the parties have resolved and settled the above-referenced case pursuant to a Settlement Agreement between the parties dated ~~July~~ August 6, 2009;

WHEREAS, the Court's Order of June 23, 2009 directed the parties to submit a stipulation and order to the Court;

WHEREFORE, the parties hereby stipulate and agree to the discontinuance and dismissal of this case with prejudice and without costs.

_____
Kenneth Fawcett, Esquire
Bowers Ross & Fawcett, LLC
820 Kennedy Drive
P.O. Box 280
Ambridge, PA  15003-0280

Attorney for the Borough of
New Brighton, Pennsylvania

_____
J. Lawson Johnston, Esquire
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA  15222

and

622517_1

John F. Gullace, Esquire
Manko, Gold, Katcher & Fox, LLP
401 City Avenue, Suite 500
Bala Cynwyd, PA 19004

Attorneys for Norfolk Southern Corporation
and Norfolk Southern Railway Company

APPROVED AND SO ORDERED:

_____, J.
Gary L. Lancaster,
United States District Judge

DATED: 8-20-09